**No. 10-6477. Barbara L. Chavez, Petitioner v. Gloria Henry, Warden.**

562 U.S. 1032, 131 S. Ct. 574, 178 L. Ed. 2d 420, 2010 U.S. LEXIS 8784.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 653.

**No. 10-6479. John Witherow, Petitioner v. Craig Farwell, Warden, et al.**

562 U.S. 1033, 131 S. Ct. 574, 178 L. Ed. 2d 420, 2010 U.S. LEXIS 8798.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 383 Fed. Appx. 688.

**No. 10-6490. Cedric Greene, Petitioner v. Kelly Services, Inc.**

562 U.S. 1033, 131 S. Ct. 575, 178 L. Ed. 2d 420, 2010 U.S. LEXIS 8793, ▮

November 8, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District denied.

**No. 10-6518. Allen M. O. E. Hitchcock, III, Petitioner v. Andrew Jackson, Warden.**

562 U.S. 1033, 131 S. Ct. 575, 178 L. Ed. 2d 420, 2010 U.S. LEXIS 8789, ▮

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6523. Otis Fairley, Petitioner v. Steve W. Puckett.**

562 U.S. 1033, 131 S. Ct. 575, 178 L. Ed. 2d 420, 2010 U.S. LEXIS 8786.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6524. Dimitra A. Gibson, Petitioner v. Grant Culliver, Warden, et al.**

562 U.S. 1033, 131 S. Ct. 575, 178 L. Ed. 2d 420, 2010 U.S. LEXIS 8767.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6530. Johnny Reno Hudson, Petitioner v. Michigan.**

562 U.S. 1033, 131 S. Ct. 575, 178 L. Ed. 2d 420, 2010 U.S. LEXIS 8707.

November 8, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-6542. Connie Marshall, Petitioner v. Vic Staffieri, et al.**

562 U.S. 1033, 131 S. Ct. 575, 178 L. Ed. 2d 420, 2010 U.S. LEXIS 8731.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.